No. 97–9496. MILLER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–9497. MOORE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–9498. MONTERO-MORLOTTI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–9499. MARA v. HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 97–9500. HARING ET UX. v. IR FEDERAL CREDIT UNION. Sup. Ct. Va. Certiorari denied.

No. 97–9501. HARRISON v. HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 97–9502. BRODNAX v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–9503. MATHIS v. ODEN ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–9505. MCKENZIE v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–9506. LENDER v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 97–9507. PEREZ BUSTILLO v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 97–9508. COLEMAN v. JACOBS ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–9509. ALEXANDER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–9510. COLIDA v. SONY CORPORATION OF AMERICA. C. A. Fed. Cir. Certiorari denied.